ROBERT HOPPEN, JR., as Administrator, etc., of ROBERT V. HOPPEN, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant. Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

In the Matter of the Petition of LORETTA ACUNTO, Respondent, to Compel PHILIP BERARDINI and MICHAEL BERARDINI, Respondents, and MODESTO BERARDINI, Appellant, to Render and Settle Their Account as Administrators, etc., of MARY BERARDINI, Deceased. JOHN PULLEYN, as Executor, etc., Respondent.— Order requiring administrators to render and settle their account affirmed, with ten dollars costs and disbursements, payable out of the estate, to respondents appearing and filing briefs. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ., concur.

In the Matter of the Application of the BOARD OF FIRE COMMISSIONERS OF THE ROOSEVELT FIRE DISTRICT, Appellant, for an Order to Restrain and Enjoin LOUIS MARKS, Respondent, from Attempting to Act as Captain of Roosevelt Hose Company, No. 1, in Said Roosevelt Fire District, and from Interfering with the Department, Its Officers, Men and Equipment, etc.— Appeal from order denying motion to restrain Louis Marks from acting as captain of Roosevelt Hose Company, No. 1, dismissed, without costs. No action was commenced, and under no circumstances was there any authority for granting such an order. The determination in *Matter of Marks* (*post,* p. 876), decided herewith, disposes of the merits. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.